# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Cargill, Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Troy William Jangula, | ) | Case No. 1:21-cv-116 |
| | ) | |
| Defendant. | ) | |

Before the court is a Motion for Leave to File Under Seal filed by Plaintiff on May 26, 2021. Plaintiff seeks leave to file under seal certain portions of its Complaint as well as Exhibits A and B to Complaint as they contain sensitive propriety and personal information.

The court **GRANTS** Plaintiff's motion (Doc. No. 1). Plaintiff is authorized to file its Complaint as well as Exhibits A and B to the Complaint under seal. Plaintiff shall also prepare and file redacted copy of its Complaint.

**IT IS SO ORDERED.**

Dated this 27th day of May, 2021.

                                                    */s/ Clare R. Hochhalter*
                                                   Clare R. Hochhalter, Magistrate Judge
                                                   United States District Court